```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
 IN RE:                                         CASE NO. 05 B 48680
   JAMES MORGAN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-9671


 ------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
 ------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

    1.  The case was filed on 10/11/05 and confirmed on 01/11/06.

    2.  The case was dismissed after confirmation, 12/07/2007.

    3.  The Debtor paid a total of $   7350.00 .

    4.  The Trustee made disbursements to creditors as follows:


 ------------------------------------------------------------------------------
 CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
 ------------------------------------------------------------------------------
 AMERICREDIT FINANCIAL     SECURED VEHIC     3107.86         1767.08          3107.86
 ILLINOIS DEPT REVENUE     PRIORITY          2197.68           .00             340.90
 CAPITAL ONE BANK          UNSECURED            .00            .00              .00
 CENTRAL DUPAGE HOSPITAL   UNSECURED        NOT FILED          .00              .00
 WEST SUBURBAN BANK        UNSECURED          362.16           .00              .00
 HEIGHTS FINANCE CORP      UNSECURED         1830.86           .00              .00
 ECAST SETTLEMENT CORPORA  UNSECURED         1351.97           .00              .00
 MID AMERICA MANAGEMENT    UNSECURED        NOT FILED          .00              .00
 ONE IRON VENTURES         UNSECURED        NOT FILED          .00              .00
 PAYDAY LOAN STORE OF IL   UNSECURED        NOT FILED          .00              .00
 PERSONAL FINANCE          UNSECURED         1201.70           .00              .00
 TITLE LENDERS INC         UNSECURED        NOT FILED          .00              .00
 TITLE LENDERS INC         UNSECURED        NOT FILED          .00              .00
 AFNI/VERIZON              UNSECURED          537.79           .00              .00
 AMERICREDIT FINANCIAL     UNSECURED         1864.22           .00              .00
 CAPITAL ONE BANK          UNSECURED            .00            .00              .00
 CAPITAL ONE BANK          UNSECURED            .00            .00              .00
 ILLINOIS DEPT REVENUE     UNSECURED          527.17           .00              .00
           Summary of disbursements:

                        SECURED      PRIORITY     UNSECURED        OTHER          TOTAL
 ------------------------------------------------------------------------------
 TOTAL CLMS ALLOWED      3107.86      2197.68      7675.87          .00         12981.41
 PRINCIPAL PAID          3107.86       340.90         .00           .00          3448.76
 INTEREST PAID           1767.08         .00          .00           .00          1767.08
 TOTAL PAID              4874.94       340.90         .00           .00          5215.84
 The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $    2200.00
 and was paid $    356.00  direct and $   1844.00  through the plan.

 The Trustee received $     290.16 .
```

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/10/08                    /S/
                                        GLENN STEARNS
                                      CHAPTER 13 TRUSTEE